UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT
SYSTEM, ET AL.

VERSUS

CITCO GROUP LIMITED, ET AL.

CIVIL ACTION

NO. 13-373-SDD-SCR

## RULING AND ORDER OF REMAND

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 17, 2014, to which an *Objection*[3] has been filed and considered, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, pursuant to 28 U.S.C. § 1334(c)(1) and 28 U.S.C. § 1452(b), the *Motion to Remand*[4] filed by the Plaintiffs is GRANTED, and this matter is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' request for costs and expenses under 28 U.S.C. § 1447(c) is DENIED.

Baton Rouge, Louisiana the 18 day of July, 2014.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 204.
[3] Rec. Doc. 205.
[4] Rec. Doc. 60.

19th JDC