# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM, ET. AL. | CIVIL ACTION |
| VERSUS | 13-373-SDD-EWD |
| CITCO GROUP LIMITED, ET. AL. | |

## ORDER OF DISMISSAL

**CONSIDERING** the *Joint Motion*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed as to Skadden only, without costs and without prejudice to the right, upon good cause shown, within sixty (60) days, to reopen the action as to Skadden if settlement is not consummated. The Court retains jurisdiction to enforce the settlement as to Skadden if settlement is not consummated within sixty (60) days. All other claims by and between all other Parties are fully reserved.

**IT IS FURTHER ORDERED** that the deadline for Skadden to object to the Magistrate Judge's *Report and Recommendation*[2] regarding *Motion to Transfer* entered on July 6, 2016 be and is hereby extended, as to Skadden only, through and including September 19, 2016, in the event settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>July 19, 2016</u>.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 307.
[2] Rec. Doc. 294.