# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT
SYSTEM, ET AL.

        CIVIL ACTION

VERSUS

        13-373-SDD-EWD

CITGO GROUP LIMITED, ET AL.

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 6, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Transfer*[3] is denied.

Baton Rouge, Louisiana the 26 day of July, 2016.

*Shelly Dick*
_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 294.
[3] Rec. Doc. 117.