UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**FIREFIGHTER'S RETIREMENT SYSTEM, ET AL.**   CIVIL ACTION NO.

**VS.**   **13-373-SDD-EWD**

**CITGO GROUP, ET AL.**

*Consolidated for discovery with*

**FIREFIGHTERS' RETIREMENT SYSTEM, ET AL.**

**VS.**   **14-103-SDD-EWD**

**CONSULTING SERVICES GROUP, LLC, ET AL.**

*Consolidated for discovery with*

**MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM, ET AL.**

**VS.**   **14-182-SDD-EWD**

**EISNERAMPER, LLP, ET AL.**

## ORDER

The deadlines established below are based on the parties' submissions and are final **deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **March 14, 2017**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **January 30, 2017**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **December 15, 2017**

> **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and setting forth: (1) how the discovery conference was scheduled and agreed upon; (2) who participated in the conference; (3) when the conference took place; (4) whether the conference was conducted by phone or in person; (5) the duration of the conference; (6) the specific, itemized topics that were addressed at the conference; and (7) whether any issues were resolved by the parties, and, if so, the terms of the resolution. Additionally, prior to filing a discovery motion, the parties are encouraged to jointly contact the undersigned via telephone to discuss the discovery issue. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

    c.    Disclosure of identities and resumés of experts:

        **Plaintiff(s):**    **November 14, 2017**

        **Defendant(s):**    **December 14, 2017**

    d.    Expert reports must be submitted to opposing parties as follows:

        **Plaintiff(s):**    **December 14, 2017**

        **Defendant(s):**    **January 15, 2018**

    e.    Discovery from experts must be completed by **March 14, 2018**

3.    Deadline to file dispositive motions and Daubert motions: **June 14, 2018**

4.    Deadline to request settlement conference: **July 13, 2018**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have

diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The district judge will set the remaining deadlines, including dates for a pretrial conference and trial in this matter.

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on December 16, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**