UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT     *     CIVIL ACTION NO. 13-CV-373
SYSTEM, *ET AL.*             *
                             *     JUDGE SHELLY D. DICK
VERSUS                       *
                             *     MAG. ERIN WILDER-DOOMES
CITCO GROUP LIMITED, *ET AL.* *
*************************************************************************

### ORDER

Considering the Notice of Settlement Between The Louisiana Funds, and Defendants, Denis Kiely and Duhallow Financial Services, LLC, filed by Plaintiffs, Firefighters Retirement System, Municipal Employees Retirement System, and New Orleans Firefighters Pension & Relief Fund (collectively, "Plaintiffs");

**IT IS ORDERED** that any and all claims asserted in this action by Plaintiffs against Defendants, Denis Kiely and Duhallow Financial Services, LLC, be and are hereby dismissed without prejudice to the right, upon good cause shown, within 60 days to reopen if settlement is not consummated;

**IT IS FURTHER ORDERED** that this Order is conditioned upon Plaintiffs and Defendants, Denis Kiely and Duhallow Financial Services, LLC, consummating their agreement to mutually release claims in writing within sixty (60) days of the entry of this Order, failing which the dismissals set forth above shall be ineffective and the claims shall be reinstated to the docket for further proceedings; and

**IT IS FURTHER ORDERED** that this Order does not dismiss or otherwise affect any claims that Plaintiffs have asserted against any party other than Defendants, Denis Kiely and

Duhallow Financial Services, LLC, all such claims having been expressly reserved by the Plaintiffs.

Signed at Baton Rouge, Louisiana, this 23 day of January, 2019.

_____
The Honorable Shelly D. Dick
United States District Judge
Middle District of Louisiana