UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM, ET AL. | CIVIL ACTION |
| VERSUS | 13-373-SDD-EWD |
| CITCO GROUP LIMITED, ET AL. | |

### AMENDED JUDGMENT

For the written reasons assigned in the Court's previous *Rulings*[1] in this matter:

*Judgment* is hereby entered in favor of Defendants, Citco Group Limited, Citco Fund Services (Cayman Islands) Limited, Citco Technology Management, Inc., and Citco Banking Corporation, N.V., and against Plaintiffs, Firefighters' Retirement System, Municipal Employees Retirement System of Louisiana, and New Orleans Firefighters' Pension & Relief Fund. Plaintiffs' claims are dismissed with prejudice, and this matter shall be terminated by the Clerk of Court. Furthermore, all of CFS Cayman's counterclaims against Plaintiffs are dismissed with prejudice.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>February 26, 2019</u>.

*[Signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. Nos. 917, 927, 928, and 929.
50132