UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM, *ET AL.* | * * * | CIVIL ACTION NO. 13-CV-373 |
| | * | JUDGE SHELLY D. DICK |
| VERSUS | * * | |
| CITCO GROUP LIMITED, *ET AL.* | * | MAG. ERIN WILDER-DOOMES |

*************************************************************************

### JUDGMENT ON CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED'S COUNTERCLAIMS AGAINST THE PLAINTIFFS

On January 15, 2019, Citco Fund Services (Cayman Islands) Limited ("CFS Cayman") moved to voluntarily dismiss both of its counterclaims against the Plaintiffs, Firefighters' Retirement System, Municipal Employees' Retirement System of Louisiana, and New Orleans Firefighters' Pension & Relief Fund. The Court granted that motion and dismissed those counterclaims with prejudice.

Accordingly, CFS Cayman's Counterclaims against the Plaintiffs are dismissed with prejudice, and this matter shall be terminated by the Clerk of Court.

Each party will bear its own costs.

Signed in Baton Rouge, Louisiana, on _October 30_, 2019.

*[signature]*

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA