UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM, *ET AL* | NO. 13-CV-373 |
| VERSUS | JUDGE SHELLY D. DICK |
| CITCO GROUP LIMITED, *ET AL.* | MAG. ERIN WILDER-DOOMES |

### RULE 54(B) FINAL JUDGMENT

On February 7, 2019, this Court issued a *Judgment*,[1] as amended by the *Amended Judgment*[2] rendered by the Court on February 26, 2019, dismissing all claims against Defendants, Citco Group Limited, Citco Fund Services (Cayman Islands) Limited, Citco Technology Management, Inc., and Citco Banking Corporation, N.V. (collectively the "Citco Defendants") made by Plaintiffs, Firefighters' Retirement System, Municipal Employees Retirement System of Louisiana and New Orleans Firefighters' Pension & Relief Funds. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court directs entry of a final judgment dismissing all claims against the Citco Defendants. For the written reasons assigned in its *Ruling* on Plaintiffs' *Motion*, the Court hereby certifies the *Judgment*[3] and *Amended Judgment*[4] as final judgments in accordance with Rule 54(b).

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>October 15, 2020</u>.

*/s/ Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 958.
[2] Rec. Doc. No. 968.
[3] Rec. Doc. No. 958.
[4] Rec. Doc. No. 968.

Document Number: 62955